1 | Joshua Konecky (SBN 182897)
SCHNEIDER WALLACE COTRELL BRAYTON KONECKY, LLP
2 | 180 Montgomery Street, Suite 2000
San Francisco, CA 94104
3 | Telephone: (415) 421-7100
Facsimile: (415) 421-7105
4 | jkonecky@sneiderwallace.com

5 | Jeremy Pasternak (SBN 181618)
Anthony Oceguera (SBN 259117)
6 | LAW OFFICES OF JEREMY PASTERNAK
445 Bush St., Sixth Floor
7 | San Francisco, Ca 94108
Telephone: (415) 693-0300
8 | Facsimile: (415) 693-0393
jdp@pasternaklaw.com
9
Attorneys for Plaintiff
10 | JOHN DOE

11 | Heather N. Mitchell (SBN 247509)
JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT
12 | 10 S. Dearborn, 20th Floor
Chicago, IL 60603
13 | Telephone: (312) 732-1090
Fax: (312) 732-8040
14 | Heather.mitchell@jpmchase.com

15 | Attorneys for Defendant
JPMORGAN CHASE BANK, N.A
16

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| JOHN DOE, individually and on behalf of other members of all others similarly situated, | Case No. 4:10-cv-02635-PJH |
| Plaintiff, | **STIPULATION TO SET BRIEFING SCHEDULE FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND VACATUR OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| JP MORGAN CHASE & Co., a business entity form unknown; JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Does 1-50 inclusive, | Date: April 28, 2011
Time: 2:00 p.m.
Judge: Honorable Phyllis J. Hamilton
Courtroom: 3 |
| Defendants. | |

**STIPULATION TO SET BRIEFING SCHEDULE AND VACATE CASE MANAGEMENT CONFERENCE**     1     **4:10-cv-02635-PJH**

The parties to the above-entitled action hereby stipulate to the following:

**1.** The parties have reached an agreement in principle in this action and anticipate submitting their Notice of Joint Motion for Preliminary Approval of Settlement and Memorandum of Law in Support of Joint Motion for Preliminary Approval of Settlement on or before May 15, 2011, to be heard by the Court on June 22, 2011.

**2.** The parties jointly request that the Court vacate the case management conference scheduled at 2:00 p.m. on April 28, 2011 in light of the anticipated filings described in the Paragraph 1.

DATED: April 27, 2011        JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT

By  /s/ Heather N. Mitchell
     Heather N. Mitchell

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
.

DATED: April 27, 2011        SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY, LLP

By  /s/ Joshua Konecky
     Joshua Konecky

Attorneys For Plaintiff
JOHN DOE

4/27/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

STIPULATION TO SET BRIEFING
SCHEDULE AND VACATE CASE                2                               4:10-cv-02635-PJH
MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **STIPULATION TO SET BRIEFING SCHEDULE FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND VACATUR OF CASE MANAGEMENT CONFERENCE** was served upon the following parties by use of the ECF system of the United States District Court for the Northern District of California in accordance with Civil Local Rule 5.4 and General Order No. 45 on this 27th day of April 2011:

Joshua Konecky (SBN 182897)
SCHNEIDER WALLACE COTRELL BRAYTON KONECKY, LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
jkonecky@sneiderwallace.com

Jeremy Pasternak (SBN 181618)
Anthony Oceguera (SBN 259117)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush St., Sixth Floor
San Francisco, Ca 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393
jdp@pasternaklaw.com

/s/ Heather Mitchell
Heather Mitchell