1  Joshua Konecky (SBN 182897)
   SCHNEIDER WALLACE COTRELL BRAYTON KONECKY, LLP
2  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
3  Telephone:  (415) 421-7100
   Facsimile:  (415) 421-7105
4  jkonecky@sneiderwallace.com

5  Jeremy Pasternak (SBN 181618)
   Anthony Oceguera (SBN 259117)
6  LAW OFFICES OF JEREMY PASTERNAK
   445 Bush St., Sixth Floor
7  San Francisco, Ca 94108
   Telephone: (415) 693-0300
8  Facsimile: (415) 693-0393
   jdp@pasternaklaw.com
9
   Attorneys for Plaintiff
10 JOHN DOE

11 Heather N. Mitchell (SBN 247509)
   JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT
12 10 S. Dearborn, 20th Floor
   Chicago, IL 60603
13 Telephone: (312) 732-1090
   Fax: (312) 732-8040
14 Heather.mitchell@jpmchase.com

15 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| JOHN DOE, individually and on behalf of other members of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & Co., a business entity form unknown; JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Does 1-50 inclusive,<br><br>Defendants. | Case No. 4:10-cv-02635-PJH<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR APPROVAL OF SETTLEMENT**<br><br>Judge:  Honorable Phyllis J. Hamilton<br>Courtroom:  3 |

**STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE**               1                    4:10-CV-02635-PJH

**1.** On April 27, 2011, the parties notified the Court that they reached an agreement in principle in this action. Also on April 27, 2011, the Court approved the parties' request to submit a Notice of Joint Motion for Preliminary Approval of Settlement and Memorandum of Law in Support of Joint Motion for Preliminary Approval of Settlement on or before May 15, 2011, to be heard by the Court on June 22, 2011.

**2.** The parties need additional time to complete the settlement process and therefore request that the filing and hearing dates be continued to facilitate that process.

**3.** The parties request that the Court continue the hearing date on the Motion from June 22, 2011, until **August 3, 2011 at 9:00 a.m**., with the motion papers to be filed by **June 29, 2011.**

DATED: May 13, 2011                    JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT

By  /s/ Heather N. Mitchell
         Heather N. Mitchell

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.

DATED: May 13, 2011                    SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY, LLP

By  /s/ Joshua Konecky
         Joshua Konecky

Attorneys For Plaintiff
JOHN DOE

IT IS SO ORDERED this __16th__ day of May, 2011.

_____
THE HON. PHYLLIS J. HAMILTON
United States District Judge

**ECF CERTIFICATION**

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: May 13, 2011.

                 /s/ Joshua Konecky
                 JOSHUA KONECKY