1  (ATTORNEYS OF RECORD LISTED ON FOLLOWING PAGE)
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of other members of all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>JPMORGAN CHASE & CO., a business entity form unknown; JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Does 1-50 inclusive,<br><br>                Defendant. | Case No. 4:10-cv-02635 PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>Judge:  Honorable Phyllis J. Hamilton<br><br>Courtroom:  3 |

1  Joshua Geoffrey Konecky, SBN 182897
   SCHNEIDER WALLACE COTTRELL
2  BRAYTON KONECKY LLP
   180 Montgomery St., Suite 2000
3  San Francisco, CA 94104
   Tel:  415.421.7100
4  Fax: 415.421.7105
   jkonecky@schneiderwallace.com
5
   Jeremy David Pasternak, SBN 181618
6  LAW OFFICES OF JEREMY PASTERNAK
   445 Bush St., 6th Floor
7  San Francisco, CA 94108
   Tel:  415.693.0300
8  Fax: 415.693.0393
   jdp@pasternaklaw.com
9
   Attorneys for Plaintiff
10 JOHN DOE

11

12
   Heather N. Mitchell, SBN 247509
13 JPMORGAN CHASE LEGAL & COMPLIANCE DEPARTMENT
   10 S. Dearborn, 20th Floor
14 Chicago, IL 60603
   Tel:   312.732.1090
15 Fax:  312.732.8040
   heather.mitchell@jpmchase.com
16
   Attorneys for Defendant
17 JPMORGAN CHASE BANK, N.A

18

19

20

21

22

23

24

25

26

27

28

1  For the reasons set forth in the parties' Stipulation and Joint Request To Modify
2  Briefing Schedule, Docket No. 28, the hearing date is continued until ~~on or after~~
3  September 7, 2011, with related papers to be filed by August 3, 2011 or at least 35
4  days of the hearing date.

5

6  IT IS SO ORDERED.

7
        July 1
8  Date: ~~June~~ __, 2011

                                        _____
                                        IT IS SO ORDERED
                                        [signature]
                                        Judge Phyllis J. Hamilton
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

                                    3   [PROPOSED] ORDER GRANTING STIPULATION TO
                                        MODIFY BRIEFING SCHEDULE