UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of other members of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & Co., a business entity form unknown; JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Does 1-50 inclusive,<br><br>Defendants. | Case No. 4:10-cv-02635-PJH<br><br>[~~proposed~~] ORDER VACATING HEARING IN LIGHT OF STIPULATION OF DISMISSAL<br><br>Date:  September 7, 2011<br>Time:  9:00 a.m.<br>Judge:  Honorable Phyllis J. Hamilton<br>Courtroom:  3 |

The parties have informed the Court that they have reached a settlement in this matter and have filed a Stipulation of Dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Settlement Agreement is attached as an exhibit to the Stipulation of Dismissal. The parties also have filed a Joint Statement Regarding the Settlement. In light of the foregoing submissions, and good cause shown, the Court hereby ORDERS as follows:

1. The hearing set for September 7, 2011, is VACATED;

2. ~~The Clerk is directed to close the case file and terminate all hearings; and~~

3. ~~The Court retains jurisdiction to consider disputes, if any, raised regarding the Settlement during the Settlement term.~~ Until stipulation of dismissal is filed, only the hearing vacated.

IT IS SO ORDERED.

Dated: __August 5__, 2011

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED / Judge Phyllis J. Hamilton*

**STIPULATION OF DISMISSAL**         1         4:10-CV-02635-PJH

1  I, Joshua Konecky, am the ECF User whose ID and password are being used to file this Joint
2  Statement.  In compliance with General Order 45, X.B., I attest that Heather N. Mitchell has
3  concurred in this filing.