UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of other members of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & Co., a business entity form unknown; JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Does 1-50 inclusive,<br><br>Defendants. | Case No. 4:10-cv-02635-PJH<br><br>**[proposed] ORDER VACATING HEARING IN LIGHT OF STIPULATION OF DISMISSAL**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Courtroom: 3 |

The parties have filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Settlement Agreement is attached as an exhibit to the Stipulation of Dismissal. The parties previously filed a Joint Statement Regarding the Settlement and the Court has vacated the hearing set for September 7, 2011. In light of the foregoing submissions, and good cause shown, the Court hereby ORDERS as follows:

1. The Clerk is directed to close the case file and terminate all hearings; and
2. The Court retains jurisdiction to consider disputes, if any, raised regarding the Settlement during the Settlement term.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

1  I, Joshua Konecky, am the ECF User whose ID and password are being used to file this Joint
2  Statement.  In compliance with General Order 45, X.B., I attest that Heather N. Mitchell has
3  concurred in this filing.